FILED
SUPERIOR COURT
OF GUAM

2019 DEC 27 PM 3: 36

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,

                Plaintiff,

           v.

PETER ROY RABAGO,
DOB: 04/23/1972

                Defendant.

Case No. CM0069-18

DECISION & ORDER

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on December 17, 2019 for hearing on Defendant Peter Roy Rabago ("Defendant")'s Motion to Modify Probation Conditions to Allow Credit for Time Erroneously Served to go Towards Fine Balance ("Motion to Modify"). Defendant is represented by Assistant Public Defender Earl Espiritu and Assistant Attorney General Sean E. Brown appeared on behalf of the People of Guam. After considering the arguments of the parties and the applicable law, the Court now issues this Decision and Order and **GRANTS** Defendant's Motion to Modify.

### BACKGROUND

Defendant pled guilty to First Offender Driving While Impaired on November 15, 2018. DWI Court Judgment and Commitment Order (Nov. 29, 2018). Defendant's sentence included,

*inter alia*: one (1) year incarceration, all but forty-eight (48) hours suspended; a one thousand dollar ($1,000) fine plus court costs; and two (2) years probation.

The Court issued a Warrant of Arrest for the Defendant on July 3, 2019. The Honorable Elyze M. Iriarte held a Return of Warrant hearing on August 13, 2019. Minute Entry (Aug. 13, 2019). Judge Iriarte ordered Defendant be remanded for three (3) days. *Id.*; Commitment Order (Aug. 13, 2019). Defendant was therefore scheduled to be released on August 16, 2019; Defendant was not released on August 16, 2019. This Court held a Further Proceedings hearing on August 28, 2019, at which this Court ordered Defendant's release. Minute Entry (Aug. 28, 2019); Release from Confinement (Aug. 28, 2019). Defendant was not released on August 28, 2019.

The Public Defender Service Corporation became aware of Defendant's prolonged incarceration on September 25, 2019. After bringing this issue to the attention of the Office of the Attorney General, Chief Prosecutor J. Basil O'Mallan, III issued a memorandum to the Department of Corrections calling for Defendant's immediate release. Defendant's Exh. C. Defendant was released on September 25, 2019.

Defendant filed the instant motion on November 15, 2019, asking that a "credit of $10.00 per day of confinement to be deducted from the defendant's fine balance," for a total of four hundred dollars ($400.00). The People did not file an opposition. The Court held a hearing on the motion on December 17, 2019, after which the Court took the matter under advisement.

## DISCUSSION

"At any time during the period of suspension or probation, upon a showing that such action will best satisfy the ends of justice and the best interests of the public and the offender,

the court may modify or terminate the conditions to which the offender is presently subject." 9 GCA § 80.64(b)(1).

The Court finds sufficient cause to modify Defendant's probation conditions. Judge Iriarte ordered Defendant's release on August 16, 2019, but the Department of Corrections did not release him until September 25, 2019. Defendant was held after his release was ordered for forty (40) days. Defendant was not being held in any other cases. In the interest of justice, the Court will credit Defendant ten dollars ($10.00) per each day of confinement, for a total of four hundred dollars ($400.00).

## CONCLUSION

For the reasons stated above, the Defendant's Motion to Modify is **GRANTED.** Defendant's fine shall be reduced by four hundred dollars ($400.00).

**IT IS SO ORDERED** on this 27th day of December, 2019.

_____
**HONORABLE ALBERTO C. LAMORENA III**
**Presiding Judge, Superior Court of Guam**

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of: AG, C.
PSC C,
Date: _____ Time: _____
Deputy Clerk, Superior Court of Guam